Eric D. **JOHNSON**, Plaintiff—Appellant,

v.

Terry L. **STEWART**, sued in individual & official capacity; et al., Defendants—Appellees.

No. 05–16782.

United States Court of Appeals, Ninth Circuit.

Submitted April 10, 2006.*

Filed April 19, 2006.

Eric D. Johnson, Florence, AZ, pro se.

Paul E. Carter, Esq., Office of the Arizona Attorney General, Liability Management Section, Tucson, AZ, for Defendants—Appellees.

Before: KOZINSKI, RYMER and PAEZ, Circuit Judges.

## MEMORANDUM **

A review of the record and the response to the order to show cause indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

Accordingly, we summarily affirm the district court's judgment.

All pending motions are denied as moot.

**AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.